```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEIKE OBERGANTSCHNIG,              :
                                   :
              Plaintiff,           :   CIVIL ACTION
                                   :
    v.                             :   NO. 12-cv-5911
                                   :
SAW CREEK ESTATES COMMUNITY        :
ASSOCIATION, INC., JAMES ANDREWS,  :
PEGGY GOTTSCHAU and ARTIE FURMAN   :
                                   :
              Defendants.          :
```

## ORDER

AND NOW, this   17th   day of October, 2013, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 17), Plaintiff's Response thereto (Doc. No. 18), and Defendants' Reply in further support thereof (Doc. No. 19) it is hereby ORDERED that summary judgment is GRANTED on all of Plaintiff's claims.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.